UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DAMIAN HEPBURN AGUILAR,<br><br>               Petitioner,<br><br>      -against-<br><br>WILLIAM P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration and Customs Enforcement; OFFICER-IN- CHARGE, NYC Hold Room / 26 Federal Plaza, U.S. Immigration and Customs Enforcement (sued as JOHN/ JANE DOE); DAVID VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>               Respondents. | Case No. 1:26-cv-04917 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On June 10, 2026, Petitioner petitioned for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking immediate release, or, alternatively, a bond hearing.  Dkt. 1 (the "Petition").  On June 16, 2026, the Government filed its opposition.  Dkt. 13 ("Opp.").  On June 22, 2026, Petitioner filed his reply.  Dkt. 14 ("Reply").  The Cour held a hearing on the Petition on June 25, 2026.

For the reasons stated on the record, the Petition is DENIED.  Any previously entered temporary order preventing Petitioner's transfer or removal is dissolved.  *See* Dkt. 8.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 2 and CLOSE this case

Dated:  June 25, 2026
      New York, New York

                                  SO ORDERED.

                                    JENNIFER L. ROCHON
                                    United States District Judge