UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DAMIAN HEPBURN AGUILAR,<br><br>Petitioner,<br><br>-against-<br><br>WILLIAM P. JOYCE, IN HIS OFFICIAL CAPACITY AS ACTING FIELD OFFICE DIRECTOR, NEW YORK CITY FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; OFFICER-IN-CHARGE, NYC HOLD ROOM / 26 FEDERAL PLAZA, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (SUED AS JOHN/ JANE DOE); DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; AND TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES.,<br><br>Respondents. | 26 CIVIL 4917 (JLR)<br><br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated June 25, 2026, the Petition is DENIED. Any previously entered temporary order preventing Petitioner's transfer or removal is dissolved. See Dkt. 8; accordingly, the case is closed.

Dated:   New York, New York
         June 26, 2026

**TAMMI M. HELLWIG**

Clerk of Court

BY:

_____

**Deputy Clerk**